IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60048
Summary Calendar
_____

PEDRO CRUZ PAXTOR,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - - -

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A70 661 135

- - - - - - - - - - -

March 3, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

    Pedro Cruz Paxtor petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision to deny his application for asylum
and for withholding of deportation.  He argues that the Board
erred in finding that he failed to establish his eligibility for
asylum or for withholding of deportation.  We have reviewed the
record and the briefs and determine that the decision of the

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Board is supported by substantial evidence.  See Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.